City of Chicago, a Municipal Corporation, Appellee,
v. Lowell J. Myers, Appellant.

Gen. No. 52,629. (Abstract of Decision.)

First District, Second Division.

October 1, 1968.

Opinion by JUS-TICE McNAMARA. Not to be published in full.